LAW OFFICES OF
## SANDBACK, BIRNBAUM & MICHELEN
*Established 1977*

DONALD H. BIRNBAUM *
WILLIAM A. SANDBACK**
OSCAR MICHELEN*

JOHN J. HALTON

*ALSO DISTRICT OF COLUMBIA BAR
**ALSO FLORIDA BAR
*ALSO NEW JERSEY BAR
†ALSO GEORGIA BAR
††CALIFORNIA & IOWA BARS ONLY
**PENNSYLVANIA BAR

TWO PENN PLAZA
NEW YORK, N.Y. 10121
212-517-3200

200 OLD COUNTRY ROAD
MINEOLA, N.Y. 11501-4242
516-248-8000
www.lawoncall.com

MARK FONTE**
RAYMOND GAZZO††
WILLIAM J. MCKENNEY†
A. STEVEN YOUNG
CHANG YUN*
OF COUNSEL

SUSAN J. KUSCHEL
OFFICE MANAGER

FACSIMILE - 516-741-9398

PLEASE RESPOND TO:
☒ MINEOLA
☐ NY

May 18, 2007

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722
Attn: Unites States Magistrate Judge A. Kathleen Thomlinson

Re: Ryan Kroeger v. Suffolk County Police Department, et. al.
    CV05-4982

Dear Magistrate Thomlinson:

I am pleased to inform the Court that the above referenced matter has settled. Enclosed please find a copy of my letter to defense counsel dated May 2, 2007 outlining the terms of settlement.

Counsel for the defendant, Mr. Cacesse, has informed me that he will be preparing a stipulation for presentation to the Court containing specific language required by his client which will be filed forthwith.

Sincerely,

John J. Halton, Esq.

cc: Suffolk County Attorney
    Mr. Robert Cacesse, Esq.
    H. Lee Dennison Building
    100 Veterans Memorial Highway
    P.O. Box 6100
    Hauppauge, New York 11788